LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ERIC TRAN, ESQ
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
etran@lipsonneilson.com

Attorneys for Defendant Midjit Market, Inc. dba Green Valley Grocery

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN MEGGS<br><br>Plaintiff,<br><br>vs.<br><br>MIDJIT MARKET, Inc. dba GREEN VALLEY GROCERY<br><br>Defendants. | Case No: 2:19-cv-01246-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT (ECF NO. 1)** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsels that Defendant MIDJIT MARKET, Inc. dba GREEN VALLEY GROCERY ("Defendant") shall have through and including **September 4, 2019**, within which to file and serve a response to Plaintiff, John Meggs' Complaint for Declaratory Relief and Injunctive Relief and Related State Law Claims (ECF No. 1). This is the parties' first request for extension from the original due date of August 21, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Local Rule IA 6-1(a), the parties state the reason for the extension is that Defendant's counsel has just been recently retained to represent Defendant. The parties have entered into an agreement in good faith and not for purposes of delay.

DATED this 21st day of August, 2019.

LAW OFFICES OF ROBERT P. SPRETNAK

/s/ Robert P. Spretnak

ROBERT P. SPRETNAK, ESQ.
NEVADA BAR No. 5135
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Lawrence A. Fuller, Esq.
(pro hac vice)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181

*Attorneys for Plaintiff*

DATED this 21st day of August, 2019.

LIPSON NEILSON P.C.

/s/ Joseph P. Garin

JOSEPH P. GARIN, ESQ.
NEVADA BAR No. 6653
ERIC TRAN, ESQ
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                Magistrate

DATED: August 22, 2019