LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ERIC TRAN, ESQ
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
etran@lipsonneilson.com

Attorneys for Defendant Midjit Market, Inc. dba Green Valley Grocery

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN MEGGS<br><br>Plaintiff,<br>vs.<br><br>MIDJIT MARKET, Inc. dba GREEN VALLEY GROCERY<br><br>Defendants. | Case No: 2:19-cv-01246-RFB-VCF<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br>**(ECF NO. 1)** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsels that Defendant MIDJIT MARKET, Inc. dba GREEN VALLEY GROCERY ("Defendant") shall have through and including **September 18, 2019**, within which to file and serve a response to Plaintiff, John Meggs' Complaint for Declaratory Relief and Injunctive Relief and Related State Law Claims (ECF No. 1). This is the parties' second request for extension from the original due date of August 21, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Local Rule IA 6-1(a), the parties state the reason for the extension is that Defendant's counsel, who has been recently retained to represent Defendant, has just recently come back from travel overseas and has gotten ill for a week since his return. The parties have entered into an agreement in good faith and not for purposes of delay.

DATED this 4th day of September, 2019.

LAW OFFICES OF ROBERT P. SPRETNAK

/s/ Lawrence A. Fuller

ROBERT P. SPRETNAK, ESQ.
NEVADA BAR NO. 5135
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Lawrence A. Fuller, Esq.
(pro hac vice)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181

*Attorneys for Plaintiff*

DATED this 4th day of September, 2019.

LIPSON NEILSON P.C.

/s/ Eric Tran

JOSEPH P. GARIN, ESQ.
NEVADA BAR NO. 6653
ERIC TRAN, ESQ
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

DATED: September 5, 2019