LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ERIC TRAN, ESQ
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
etran@lipsonneilson.com

*Attorneys for Defendant Midjit Market, Inc. dba Green Valley Grocery*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN MEGGS | Case No: 2:19-cv-01246-RFB-VCF |
| Plaintiff, | **THIRD STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| MIDJIT MARKET, Inc. dba GREEN VALLEY GROCERY | **(ECF NO. 1)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsels that Defendant MIDJIT MARKET, Inc. dba GREEN VALLEY GROCERY ("Defendant") shall have through and including **September 20, 2019**, within which to file and serve a response to Plaintiff, John Meggs' Complaint for Declaratory Relief and Injunctive Relief and Related State Law Claims (ECF No. 1). This is the parties' third request for extension from the original due date of August 21, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this 17th day of September, 2019.  DATED this 17th day of September, 2019.

LAW OFFICES OF ROBERT P. SPRETNAK

LIPSON NEILSON P.C.

/s/ Robert P. Spretnak

/s/ Eric Tran

ROBERT P. SPRETNAK, ESQ.
NEVADA BAR NO. 5135
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

JOSEPH P. GARIN, ESQ.
NEVADA BAR NO. 6653
ERIC TRAN, ESQ
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

Lawrence A. Fuller, Esq.
(pro hac vice)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181

*Attorneys for Defendant*

*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

DATED: September 17, 2019