LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ERIC TRAN, ESQ
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
etran@lipsonneilson.com

*Attorneys for Defendant Midjit Market, Inc. dba Green Valley Grocery*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN MEGGS | Case No: 2:19-cv-01246-RFB-VCF |
| Plaintiff, | **FIRST STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT (ECF NO. 17)** |
| vs. | |
| MIDJIT MARKET, Inc. dba GREEN VALLEY GROCERY | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsels that Defendant MIDJIT MARKET, Inc. dba GREEN VALLEY GROCERY ("Defendant") shall have through and including **October 28, 2019**, within which to file and serve a response to Plaintiff, John Meggs' First Amended Complaint for Declaratory Relief and Injunctive Relief and Related State Law Claims (ECF No. 17). This is the parties' first request for extension from the original due date of October 18, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

Pursuant to Local Rule IA 6-1(a), the parties state the reason for the extension is that the Parties are engaging in potential settlement discussions. The parties have entered into an agreement in good faith and not for purposes of delay.

DATED this 18th day of October, 2019.

LAW OFFICES OF ROBERT P. SPRETNAK

*/s/ Robert Fuller*

_____
ROBERT P. SPRETNAK, ESQ.
NEVADA BAR NO. 5135
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Lawrence A. Fuller, Esq.
*(pro hac vice)*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181

*Attorneys for Plaintiff*

DATED this 18th day of October, 2019.

LIPSON NEILSON P.C.

*/s/ Eric Tran*

_____
JOSEPH P. GARIN, ESQ.
NEVADA BAR NO. 6653
ERIC TRAN, ESQ
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED.

_____
_ UNITED STATES MAGISTRATE JUDGE

DATED:_____ October 21, 2019