Lawrence A. Fuller, Esq., *pro hac vice*
lfuller@fullerfuller.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
and
Robert P. Spretnak, Esq., NV Bar No. 5135
Law Offices of Robert P. Spretnak
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123-2545
Telephone: (702) 454-4900
Facsimile:  (702) 938-1055
bob@spretnak.com
*Attorneys for Plaintiff, John Meggs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> MIDJIT MARKET, INC., a Nevada Corporation <br><br> d/b/a Green Valley Grocery <br><br> Defendant. | Case #  2:19-cv-01246-RFB-VCF |

**NOTICE OF SETTLEMENT**

**COMES NOW** Plaintiff, John Meggs, Individually, by and through undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties. The Plaintiff will

/ / /

/ / /

Page 1 of 2

Submit a Joint Stipulation for Dismissal with Prejudice within 30 days.

Respectfully Submitted,

| | |
|---|---|
| **/s/Larry A. Fuller** | **/s/Eric Tran** |
| Lawrence A. Fuller, Esq., *pro hac vice* | Eric Tran, Esq. – NV Bar No. 11876 |
| Fuller, Fuller & Associates, P.A. | Lipson Neilson P.C. |
| 1200 Biscayne Boulevard, Suite 502 | 9900 Covington Cross Drive, Suite 120 |
| North Miami, FL  33181 | Las Vegas, NV  89144 |
| Telephone: (305) 891-5199 | Telephone: (702) 382-1500 |
| Facsimile:  (305) 893-9505 | Facsimile:  (702) 382-1512 |
| lfuller@fullerfuller.com | etran@lipsonneilson.com |
| and | *Attorneys for Defendant* |
| Robert P. Spretnak, Esq. – NV Bar No. 5135 | |
| The Law Offices of Robert P. Spretnak | |
| 8275 S. Eastern Avenue, Suite 200 | |
| Las Vegas, NV  89123-2545 | |
| Telephone: (702) 454-4900 | |
| Facsimile:   (702) 938-1055 | |
| bob@spretnak.com | |
| *Attorneys for Plaintiff* | |

Date:  April 7, 2020                    Date:   April 7, 2020