Lawrence A. Fuller, Esq., *pro hac vice*
lfuller@fullerfuller.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
and
Robert P. Spretnak, Esq., NV Bar No. 5135
Law Offices of Robert P. Spretnak
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123-2545
Telephone: (702) 454-4900
Facsimile:  (702) 938-1055
bob@spretnak.com
*Attorneys for Plaintiff, John Meggs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually, | Case # 2:19-cv-01246-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR** |
| MIDJIT MARKET, INC., a Nevada Corporation d/b/a Green Valley Grocery | **DISMISSAL WITH PREJUDICE** |
| Defendant. | |

    Plaintiff JOHN MEGGS and Defendant MIDJIT MARKET, INC., pursuant to the Federal Rules of Civil Procedure, hereby stipulate and move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.   Each party is to bear their own attorney's fees and costs.

Respectfully Submitted,

| | |
|---|---|
| **/s/Larry A. Fuller** | **/s/Eric Tran** |
| Lawrence A. Fuller, Esq., *pro hac vice* | Eric Tran, Esq. – NV Bar No. 11876 |
| Fuller, Fuller & Associates, P.A. | Lipson Neilson P.C. |
| 1200 Biscayne Boulevard, Suite 502 | 9900 Covington Cross Drive, Suite 120 |
| North Miami, FL  33181 | Las Vegas, NV  89144 |
| Telephone: (305) 891-5199 | Telephone: (702) 382-1500 |
| Facsimile:  (305) 893-9505 | Facsimile:  (702) 382-1512 |
| lfuller@fullerfuller.com | etran@lipsonneilson.com |
| and | *Attorneys for Defendant* Midjit Market, Inc. |
| Robert P. Spretnak, Esq. – NV Bar No. 5135 | |
| The Law Offices of Robert P. Spretnak | |
| 8275 S. Eastern Avenue, Suite 200 | |
| Las Vegas, NV  89123-2545 | |
| Telephone: (702) 454-4900 | |
| Facsimile:   (702) 938-1055 | |
| bob@spretnak.com | |
| *Attorneys for Plaintiff* | |

Date: April 10, 2020      Date: April 10, 2020

## **ORDER OF DISMISSAL WITH PREJUDICE**

The Court having carefully reviewed said Stipulation and after due consideration, it is HEREBY ORDERED that this case is dismissed with prejudice. Each side shall bear its own attorney's fees and costs. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

Dated this_____ of April, 2020

_____
UNITED STATES DISTRICT JUDGE